RICHARD P. CARROLL, Respondent, v. SOPHIE K. WOLFE et al., Appellants. —

Munder, Acting P. J., Martuscello, Kleinfeld, Brennan and Benjamin, JJ., concur.

CARMELLA CASTELLANO, Respondent, v. CITATION CAB CORP. et al., Appellants.—

Rabin, Acting P. J., Hopkins, Martuscello, Brennan and Benjamin, JJ., concur.